UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
STATE OF OKLAHOMA

| | |
|---|---|
| (1) SALLY HOWARD, as Surviving Spouse of HUGH G. HOWARD, deceased, <br>                  Plaintiff, <br> v. <br><br> (2) STONEGATE SENIOR LIVING, LLC, a Foreign Limited Liability Company, <br>                  Defendant. | Case No.   13-CV-07-GKF-FHM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Sally Howard, as Surviving Spouse of Hugh G. Howard, deceased, and dismisses with prejudice all claims herein against Defendant, Stonegate Senior Living, LLC, a Foreign Limited Liability Company.

Respectfully submitted,

SHERWOOD, McCORMICK & ROBERT

/s/ Hugh M. Robert
Hugh M. Robert, OBA #22441
Ted Sherwood, OBA #10470
Bank of America Center
15 W. 6th St., Ste. 2112
Tulsa, OK  74119
(918) 592-1144
(918) 592-1149 (Fax)

*Attorneys for Plaintiff*, Sally Howard, as Surviving Spouse of Hugh G. Howard, deceased

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Margaret M. Clarke, OBA #16952
Angela D. Smoot, OBA #20267
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, PC
320 S. Boston Ave., Ste. 200
Tulsa, OK 74103
mclarke@hallestill.com

/s/ Hugh M. Robert